UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-7925 PA (FFMx) | Date | April 5, 2018 |
|---|---|---|---|
| Title | B and J Diamonds v. Aliya Diamonds Ltd. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   Order to Show Cause Re; Dismissal For Lack Of Prosecution

The Court has reviewed the Memorandum of Law in Opposition to Order to Show Cause, in which plaintiff B&J Diamonds Inc. ("Plaintiff") has responded to the Court's March 30, 2018 Order to Show Cause.  In its Response, Plaintiff establishes that it is attempting to serve defendant Aliya Diamonds Ltd. with the Summons and Complaint in Israel pursuant to the Hague Convention, and that the 90-day deadline established by Federal Rule of Civil Procedure 4(m) does not apply.

Under Federal Rule of Civil Procedure 4(m) service of process on each of the defendants generally is due within 90 days of the filing of the complaint.  Specifically, Rule 4(m) provides:

> [i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.  This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1).

Fed. R. Civ. P. 4(m).  Even though the 90-day deadline for serving process does not apply to service abroad, "if service in a foreign country is not pursued in a diligent fashion, the district court can dismiss the action because of the plaintiff's failure to prosecute."  4B Charles Alan Wright & Arthur R. Miller, et al., Federal Practice and Procedure: Federal Rules of Civil Procedure § 1137 (4th ed.) (footnotes omitted).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-7925 PA (FFMx) | Date | April 5, 2018 |
|---|---|---|---|
| Title | B and J Diamonds v. Aliya Diamonds Ltd. | | |

    According to Plaintiff, service "could take 16 weeks or more." Given that Plaintiff delivered the Summons and Complaint to the Central Authority on November 30, 2017, those 16 weeks expired at the end of March 2018. The Court continues Plaintiff's deadline to respond to the March 30, 2018 Order to Show Cause to June 11, 2018. Failure to further respond to the Order to Show Cause by that date, or to otherwise diligently prosecute this action may result in the dismissal of this action without prejudice without further warning.

    IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | KSS | |