JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&J DIAMONDS INC., | Case No. CV 17-7925 PA (FFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ALIYA DIAMONDS, LTD., | |
| Defendant. | |

In accordance with the Court's August 1, 2018 Minute Order granting the Motion to Dismiss on the Grounds of Forum Non Conveniens filed by defendant Aliya Diamonds, Ltd., it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by plaintiff B&J Diamonds Inc. is dismissed without prejudice.

DATED: August 1, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE